1058

[No. 47515-1-I. Division One. March 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ILDEFONSO ABOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06587-1, Patricia H. Aitken, J., entered September 11, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47697-1-I. Division One. March 11, 2002.]

KAY I. SMITH, *Appellant*, v. DENNIS W. SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-00524-8, Ellen J. Fair, J., entered November 9, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47857-5-I. Division One. March 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND McCOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07985-7, Ann Schindler, J., entered December 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47869-9-I. Division One. March 11, 2002.]

JEFFREY D. ANDERSON, *Respondent*, v. GERRY SPORTSWEAR COMPANY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-2-26613-8, Linda Lau, J., entered November 30 and December 26, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Coleman and Cox, JJ.